No. 790, Misc.  WOODS *v.* GEORGIA.  Sup. Ct. Ga. Certiorari denied.  *Charles Morgan, Jr.,* for petitioner. *Arthur K. Bolton,* Attorney General of Georgia, *G. Ernest Tidwell,* Executive Assistant Attorney General, and *A. Joseph Nardone, Jr.,* Deputy Assistant Attorney General, for respondent.

No. 818, Misc.  MERRILL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *David R. Lewis* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 961, Misc.  MATTHEWS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Thomas W. Hathaway* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1031, Misc.  O'DAY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 1032, Misc.  HEWITT *v.* BETO, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se. Crawford C. Martin,* Attorney General of Texas, *George M. Cowden,* First Assistant Attorney General, *R. L. Lattimore* and *Gilbert J. Pena,* Assistant Attorneys General, and *A. J. Carubbi, Jr.,* for respondent.

No. 1035, Misc.  WAKAKSAN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.